UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACOB CARATINNI, | : | PRISONER |
| Petitioner | : | CASE NO. 3:01CV1320(RNC)(DFM) |
| | : | |
| V. | : | |
| | : | |
| WARDEN, STATE PRISON, | : | DECEMBER 28, 2004 |
| Respondent | : | |

### APPEARANCE

On behalf of the respondent-warden, please enter the appearance of:

>Jo Anne Sulik
>Assistant State's Attorney
>Civil Litigation Bureau
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill, Connecticut 06067
>(860) 258-5887
>(860) 258-5968 (facsimile)
>Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Assistant State's Attorney

## **CERTIFICATION**

    I hereby certify that a copy of this document was mailed to Jacob Carattini, Inmate No. 175857, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on December 28, 2004.

 

_____
JO ANNE SULIK
Assistant State's Attorney