UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACOB CARATINNI, | : | PRISONER |
| Petitioner | : | CASE NO. 3:01CV1320(RNC)(DFM) |
| | : | |
| V. | : | |
| | : | |
| WARDEN, STATE PRISON, | : | DECEMBER 28, 2004 |
| Respondent | : | |

### SUPPLEMENTAL FILING OF STATE COURT PROCEEDINGS

Pursuant to Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, the respondent now supplements its original filing of copies of relevant state court proceedings. The documents now being filed are:

EXHIBIT J    Transcript of the petitioner's criminal trial proceedings of March 24, 1993

EXHIBIT K    Copy of petitioner's amended petition for writ of habeas corpus filed in Carattini v. Warden, Docket No. CV96-0325407, Superior Court in the judicial district of Danbury

RESPECTFULLY SUBMITTED,

RESPONDENT-WARDEN, STATE PRISON

By: _____
Jo Anne Sulik
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Jacob Carattini, Inmate No. 175857, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on December 28, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney