UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACOB CARATTINI,<br>    Petitioner | : | CASE NO.  3:01CV1320(RNC)(DFM) |
| | : | |
| V. | : | |
| | : | |
| WARDEN, STATE PRISON,<br>    Respondent | : | NOTICE OF MANUAL FILING |

Please take notice that the respondent has manually filed the following documents:

Exhibits J and K To Respondent's Memorandum of Law

These documents have not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENT-WARDEN, STATE PRISON

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: Joanne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this notice was mailed to Jacob Carattini, Inmate No. 175857, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410, on December 28, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney