UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JACOB CARATTINI
                                              PRISONER
        V.                            CIVIL 3:01cv1320(RNC)

STATE PRISON WARDEN

                    J U D G M E N T

        This cause came on for consideration of the petition for Writ
of Habeas Corpus before the Honorable Robert N. Chatigny, Chief
Judge of the United States District Court for the District of
Connecticut.

        The Court has considered the amended petition and all the
papers submitted in connection with the petition.  On October 24,
2005, the Court issued a ruling denying the petition for writ of
habeas corpus.

        It is therefore **ORDERED** and **ADJUDGED** that the petition for
writ of habeas corpus is denied and the matter is closed.

        Dated at Bridgeport, Connecticut this 26th day of October,
2005.

                              KEVIN F. ROWE, Clerk

                              By s/s Cynthia Earle

                                    Cynthia Earle
                                    Deputy Clerk

Entered on Docket _____